# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | ) ) ) ) C.A. 17-cv-374-LPS ) ) ) (Consolidated) ) ) ) ) ) ) ) |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., <br><br> Defendant. | ) ) ) ) ) C.A. 17-cv-412-LPS ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Zydus Pharmaceuticals (USA) Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

    4.       This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

    5.       This Stipulation and Order shall finally resolve the Action between the parties.

Dated: October 25, 2019             Respectfully submitted,

FARNAN LLP             PHILIPS, GOLDMAN, McLAUGHLIN & HALL

/s/ Michael J. Farnan             */s/ John C. Phillips, Jr.*
Joseph J. Farnan, Jr. (Bar No. 100245)    John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)    David A. Bilson (Bar No. 4986)
Michael J. Farnan (Bar No. 5165)    1200 North Broom Street
919 N. Market Str., 12th Floor    Wilmington, DE 19806-4204
Wilmington, DE 19801    Tel: (302) 655-4200
Tel: (302) 777-0300    Fax: (302) 655-4210
Fax: (302) 777-0301    jcp@pgmhlaw.com
farnan@farnanlaw.com    dab@pgmhlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com    *Attorneys for Defendant*

*Attorneys for Plaintiffs*

IT IS SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Leonard P. Stark